(October 28, 1938.)

WILLIAM J. ROWE, Appellant, v. MADAME ROSE HAIRDRESSING SALON, INC., Respondent, and Others, Undertenants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

CHARLES D. BECKWITH, Respondent, v. CLARENCE A. BECKWITH, Appellant. (Appeal No. 1.) — Order of Special Term, Orange county, entered in Westchester county on July 28, 1938, denying defendant's motion for a severance and for a change of the place of trial from Westchester county to Schenectady county, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

CHARLES D. BECKWITH, Respondent, v. CLARENCE A. BECKWITH, Appellant. (Appeal No. 2.) — Order striking out parts of the amended answer reversed on the law, with ten dollars costs and disbursements, and motion denied, without costs. In our opinion the language of the paragraphs of the amended answer struck out is sufficiently explicit to inform the plaintiff of precise issues raised. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

ANNIE BOWMAN, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Defendant, and CANADA DRY GINGER ALE, INC., Appellant.— Action for damages for personal injuries suffered by plaintiff while a passenger on a trolley car, as a consequence of the contact of an open door on a truck owned by defendant Canada Dry Ginger Ale, Inc., with the trolley car. Judgment for the plaintiff against defendant Canada Dry Ginger Ale, Inc., unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.